```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 05323
   JOHN F SLOAN
   DEANNE L SLOAN                            CHAPTER 13

                                             JUDGE: A. BENJAMIN GOLDGAR

        Debtor
   SSN XXX-XX-2614      SSN XXX-XX-0420

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 03/06/08 .

   2.  The case was dismissed without confirmation, 04/25/2008.

--------------------------------------------------------------------------
CREDITOR NAME               CLASS        CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------

        Summary of disbursements:
--------------------------------------------------------------------------
                   SECURED     PRIORITY   UNSECURED      OTHER        TOTAL
--------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00         .00         .00         .00          .00
PRINCIPAL PAID         .00         .00         .00         .00          .00
INTEREST PAID          .00         .00         .00         .00          .00
TOTAL PAID             .00         .00         .00         .00          .00
The Debtor's attorney, PRO SE DEBTOR                 , was allowed $    .00
and was paid $      .00 .

The Trustee received $        .00 .

Refunds to the Debtor totaled $        .00 .




    Dated: 07/17/08              /S/
                              GLENN STEARNS
                              CHAPTER 13 TRUSTEE
```

```
                          PAGE   2
    CASE NO. 08 B 05323 JOHN F SLOAN & DEANNE L SLOAN
```